IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND PASCUZZI, ET AL          :
                                 :
         vs.                     :     CIVIL ACTION NO.
                                 :     02-3391
BAYER CORPORATION, ET AL         :
                                 :

**ORDER**

**AND NOW,** this   day of May, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

  [ ]  -  Order staying these proceedings pending disposition of a related action.

  [ ]  -  Order staying these proceedings pending determination of arbitration proceedings.

  [ ]  -  Interlocutory appeal filed

  [X]  -  Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transfering case to District of Minnesota.</u>

it is
     **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

     **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                         **BY THE COURT:**


                                         _____
                                         R. Barclay Surrick, J.

Civ. 13 (8/80)